

**United States District Court**
Southern District of California
940 Front Street
San Diego, California 92101-8910

Chambers of
**Dana M. Sabraw**
U.S. District Judge

Phone
(619) 557-6262
Fax (619) 702-9942

December 17, 2004

RECEIVED
2004 DEC 27 P 3: 57
FINANCIAL
DISCLOSURE OFFICE

Mr. George D. Reynolds, Staff Counsel
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Mr. Reynolds:

Thank you for your most recent letter dated November 18, 2004. Pursuant to your letter and the letter of Judge Mary Lisi, dated July 27, 2004, the Committee on Financial Disclosure requested clarification as to an asset that was listed in Part VII, page 1, lines 2-7, of my 2002 report, but not listed in my 2003 report. That asset, a Lincoln IRA Rollover, was transferred to my Thrift Savings Plan. It therefore meets the statutory provisions permitting non-disclosure.

Please do not hesitate to contact me should the Committee have any additional questions.

Sincerely,

DANA M. SABRAW
United States District Judge

DMS/is

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Sabraw, Dana M | 2. Court or Organization<br><br>District Court -- So. Dist. CA | 3. Date of Report<br><br>5/5/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>940 Front Street, Room 2160<br>San Diego, CA 92101-8910 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Director | Falcons Youth Baseball, Inc. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED MAY 13 10 56 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | San Diego Superior Court | $87,526.00 |
| 2. | 2003 | San Diego County Flexible Benefits | $8,401.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | San Diego County (District Attorney's Office) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | United States Courts | July 31 - Wash., D.C. - Orientation Seminar (Transportation, Meals & Hotel) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sabraw, Dana M | 5/5/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo Home Mortgage, Inc. | Mortgage on Rental Property, San Diego, CA (Part VII, Line 1) | M |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property, San Diego, CA (1988 – $168,000) | E | Rent | N | R | | | | | |
| 2. Lincoln – Mutual Fund | C | Dividend | K | T | | | | | |
| 3. - Aim Premier Equity | | | | | | | | | |
| 4. - Munder Future Technology | | | | | | | | | |
| 5. - Oppenheimer Capital Apprec. | | | | | | | | | |
| 6. - Oppenheimer Growth Class | | | | | | | | | |
| 7. County of San Diego 457 | D | Dividend | L | T | | | | | |
| 8. Nationwide Retirement 401 | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = ●ther | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sabraw, Dana M | 5/5/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

N/A

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____      Date_____ *5-5-04* _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

    Committee on Financial Disclosure
    Administrative Office of the United States Courts
    Suite 2-301
    One Columbus Circle, N.E.
    Washington, D.C. 20544